**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DANIEL LUGO,

    Plaintiff,

v.   Case No: 8:23-cv-380-JSM-AAS

2DS HOLDINGS, LLC,

    Defendant.

_____

**ORDER OF DISMISSAL**

Before the Court is the Stipulation of Dismissal without Prejudice (Dkt. 11). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of May, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record